UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | MDL No. 09-md-2011 (PGG) |
| AMERIPRISE FINANCIAL SERVICES, INC. and SECURITIES AMERICA, INC., Plaintiffs, v. THE RESERVE FUND, RESERVE MANAGEMENT COMPANY, INC., and BRUCE R. BENT, Defendants. | No. 09-cv-1288 (PGG) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/10

## JOINT STIPULATION AND [PROPOSED] ORDER
## REGARDING FILING OF SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(2), plaintiffs Ameriprise Financial Services, Inc. and Securities America, Inc. (collectively, "Ameriprise") and defendants Reserve Management Company, Inc. and Bruce R. Bent (collectively, "Defendants") stipulate to the filing of Ameriprise's Second Amended Complaint in this action. By signature of their counsel below, Defendants hereby consent in writing to the filing of this amended pleading to be due no later than March 26, 2010.[1]

---

[1] Counsel for Ameriprise conferred with counsel for defendant The Reserve Fund (the "Fund") regarding its consent to filing of the Second Amended Complaint. The Fund stated its position that its consent is unnecessary, in light of the Court's Order of November 25, 2009 enjoining claims against the Fund and the fact that no claims are asserted against Fund in the Second Amended Complaint.

Ameriprise and the Defendants further stipulate that the Defendants' time to move, answer or otherwise respond to the Complaint in the above-captioned action is extended to and including April 26, 2010.

Ameriprise and the Defendants further stipulate that, except as set forth above, the schedule set forth in the action captioned *In re The Reserve Primary Fund Securities & Derivative Class Action Litigation*, No. 08-CV-8060 (PGG) shall govern this action as well.

Dated: March 25, 2010

ROPES & GRAY LLP

_____
Harvey J. Wolkoff
Robert A. Skinner
One International Place
Boston, MA 02110-2624
617-951-7560

*Counsel for Plaintiffs Ameriprise Financial Services, Inc. and Securities America, Inc.*

DUANE MORRIS LLP

_____
John Dellaportas
1540 Broadway
New York, NY 10036-4086
212-692-1000

*Counsel for Defendants Reserve Management Company, Inc. and Bruce R. Bent*

IT IS SO ORDERED:

_____   March 27, 2010
Paul G. Gardephe
United States District Judge

2