UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | **ECF CASE**<br><br>09 Civ. 4346 (PGG)<br><br>**ORDER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 9/13/10 |

PAUL G. GARDEPHE, U.S.D.J.:

  After consultation with counsel for the parties at the September 10, 2010 status conference, this Court makes the following determinations:

  Defendants' motion to stay discovery is denied. Resolution of the issues here is in the defendants' interest, the SEC's interest, investors' interest and the greater public's interest. The Clerk of the Court is directed to terminate the motion. (Docket No. 328).

  At the parties' request, it is hereby ORDERED that the following revised deadlines shall apply in this action:

  1. The parties must complete depositions of fact witnesses and all <u>fact</u> discovery no later than November 30, 2010.

  2. Every party-proponent that intends to offer expert testimony in respect of a claim – including any counterclaim, cross-claim or third-party claim – must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by December 7,

2010. Every party-opponent of such claim that intends to offer expert testimony in respect of such claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by December 17, 2011.

3. All <u>expert</u> discovery – including expert depositions, if any – must be completed no later than January 4, 2011.

4. Parties seeking to make post-discovery dispositive motions should submit a letter to the Court in accordance with the Court's Individual Practices Rule 3(A) by January 17, 2011.

It is further ORDERED that there shall be a status conference in this action on January 11, 2011 at 10:00 a.m. in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, NY.

Dated: New York, New York
September 10, 2010

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge