USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/11

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | ECF CASE<br><br>ORDER<br><br>09 Civ. 4346 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

On April 21, 2011, this Court issued an order denying motions to quash filed by Willkie Farr & Gallagher LLP, Ronald Artinian, an Independent Trustee of the Primary Fund-In Liquidation, and Goodwin Procter LLP (together, the "Non-Parties") concerning Defendants' subpoenas dated January 10, 2011. This Court likewise denied the Commission's request for a protective order concerning certain discovery relating to minutes of the Reserve Primary Fund's Board of Trustees' September 15 and 16, 2008 meetings.

Given that the motions to quash were denied, the Non-Parties will comply in full with all aspects of the Defendants' January 10, 2011 subpoenas.

Dated: New York, New York
      May 2, 2011

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge