UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
| In re THE RESERVE PRIMARY FUND SECURITIES & DERIVATIVE CLASS ACTION LITIGATION | 08 Civ. 8060 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Defendants' motion to dismiss is GRANTED as to Plaintiffs' claims under (1)

Section 13(a) of the Investment Company Act; (2) Section 36(b) of the Investment Company

Act; (3) state law; and (4) Section 11 of the Securities Act of 1933 as against Reserve

Management Company, Inc. only.  Defendant's motion to dismiss is otherwise DENIED.

The reasons for these rulings will be explained in a forthcoming written opinion.

The Clerk of the Court is directed to terminate the motion.  (08-CV-8060, Docket

No. 66).

Dated: New York, New York
       September 30, 2012

SO ORDERED.

Paul G. Gardephe
United States District Judge