UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE THE RESERVE FUND SECURITIES
AND DERIVATIVE LITIGATION

**ORDER**

9 MD. 2011 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As all member cases in this action are closed, the Clerk of Court is respectfully requested to close the case.

Dated: New York, New York
       June 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge